236

**Jeffrey Dennard McNEAIR,**
**Plaintiff–Appellant,**

v.

**Obie GIBSON; Michael Allen; Brandon Brooks; Regina Williams; Craig Stancil; Jeff Tilley, Defendants–Appellees.**

No. 11–6563.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 15, 2011.

Decided: Aug. 5, 2011.

Jeffrey Dennard McNeair, Appellant Pro Se. Michael Bredenberg, Office of the United States Attorney; Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Dennard McNeair, a federal prisoner, appeals the district court's order granting Appellee Obie Gibson's motion for summary judgment and dismissing McNeair's action pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), on remand. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McNeair v. Gibson,* No. 5:08–ct–03107–D, 2011 WL 1467558 (E.D.N.C. Apr. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*